(August 31, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK NYMAN, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

JOSEPH P. SCOTT, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 46795.)

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

FIRST DEPARTMENT, SEPTEMBER, 1967

(September 14, 1967)

HOWARD M. GOLDENSTEIN, Plaintiff, v. ERIN P. GOLDENSTEIN, Respondent, and ERDHEIM & ARMSTRONG, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McGivern, JJ.